UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20096-BLOOM/ELFENBEIN

21 U.S.C. § 963
21 U.S.C. § 952(a)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853
21 U.S.C. § 970

UNITED STATES OF AMERICA

vs.

LAZARO TRUJILLO VITON,
    a/k/a "Cuba,"
GIANFRANCO GUILLIANI,
    a/k/a "Williams Spencer Guilliani,"
    a/k/a "Hollywood," and
RAFAEL LEONIDAS CUELLO,
    a/k/a "Lolo,"

                    Defendants.
_____/

FILED BY __BM__ D.C.
Mar 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in or around May 2020, and continuing through in and around November 2022, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and in the country of the Dominican Republic, and elsewhere, the defendants,

**LAZARO TRUJILLO VITON,**
a/k/a "Cuba,"
**GIANFRANCO GUILLIANI,**
a/k/a "Williams Spencer Guilliani,"
a/k/a "Hollywood," and
**RAFAEL LEONIDAS CUELLO,**
a/k/a "Lolo,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT 2

Beginning at least as early as in or around May 2020, and continuing through in and around November 2022, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and in the country of the Dominican Republic, and elsewhere, the defendants,

**LAZARO TRUJILLO VITON,**
a/k/a "Cuba,"
**GIANFRANCO GUILLIANI,**
a/k/a "Williams Spencer Guilliani,"
a/k/a "Hollywood," and
**RAFAEL LEONIDAS CUELLO,**
a/k/a "Lolo,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **LAZARO TRUJILLO VITON, a/k/a "Cuba," GIANFRANCO GUILLIANI, a/k/a "Williams Spencer Guilliani," a/k/a "Hollywood," and RAFAEL LEONIDAS CUELLO, a/k/a "Lolo,"** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 846 and/or 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense, pursuant to Title 21, United States Code, Section 853.

[This space intentionally left blank.]

All pursuant to Title 21, United States Code, Sections 853 and 970.

A TRUE BILL

███████████████████████████
FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
KEVIN D. GERARDE
ASSISTANT UNITED STATES ATTORNEY

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: LAZARO TRUJILLO VITON, a/k/a "Cuba"**

**Case No:** _____

Count #: 1

Conspiracy to unlawfully import cocaine into the United States

Title 21, United States Code, Sections 963 and 952(a)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment: Ten years**
* **Max. Supervised Release: at least five years to life**
* **Max. Fine: $10,000,000.00**

Count #: 2

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment: Ten years**
* **Max. Supervised Release: at least five years to life**
* **Max. Fine: $10,000,000.00**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **GIANFRANCO GUILLIANI, a/k/a "Williams Spencer Guilliani," a/k/a "Hollywood"**

Case No: _____

Count #: 1

Conspiracy to unlawfully import cocaine into the United States

Title 21, United States Code, Sections 963 and 952(a)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment: Ten years**
* **Max. Supervised Release: at least five years to life**
* **Max. Fine:  $10,000,000.00**

Count #: 2

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment: Ten years**
* **Max. Supervised Release: at least five years to life**
* **Max. Fine:  $10,000,000.00**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RAFAEL LEONIDAS CUELLO, a/k/a "Lolo"

**Case No:** _____

Count #: 1

Conspiracy to unlawfully import cocaine into the United States

Title 21, United States Code, Sections 963 and 952(a)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment: Ten years**
* **Max. Supervised Release: at least five years to life**
* **Max. Fine: $10,000,000.00**

Count #: 2

Conspiracy to distribute and possess with intent to distribute cocaine

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment: Ten years**
* **Max. Supervised Release: at least five years to life**
* **Max. Fine: $10,000,000.00**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 25-CR-20096-BLOOM/ELFENBEIN

v.

LAZARO TRUJILLO VITON, et al.,

_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __8__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I [ ] 0 to 5 days
   - II [✓] 6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ] 21 to 60 days
   - V [ ] 61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? Yes

By: _____
Kevin D. Gerarde
Assistant United States Attorney
FL Bar No.     0113844